

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re James Pikl

No. 06-18-00003-CV

Original Mandamus Proceeding

Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED JANUARY 12, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk